UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>D-1 PATRICIA PEOPLES,<br><br>Defendant.<br>_____/ | INFO:2:11-cr-20255<br>Judge: Cleland, Robert H.<br>MJ: Randon, Mark A.<br>Filed: 04-26-2011 At 01:18 PM<br>USA V. PATRICIA PEOPLES (NH)<br><br>**ORIGINAL** |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
### (29 U.S.C. § 501(c) - *EMBEZZLEMENT AND THEFT OF LABOR UNION ASSETS*)

**D-1 PATRICIA PEOPLES**

From on or about January 2005 through on or about May 2008 in the Eastern District of Michigan, Southern Division, the Defendant, Patricia People, while acting as Secretary-Treasurer of American Federation of State, County, and Municipal Employees Local 1820, a labor organization engaged in an industry affecting interstate commerce, did engage in an ongoing scheme where she embezzled, stole and unlawfully and willfully abstracted and converted to her own use or the use of another the moneys, funds, securities, property, or other assets of said labor organization in the approximate amount of $39,019.67, by writing herself or members of her family, checks drawn on the labor organization's checking account, by receiving improper lost time payments, and by using union checks and electronic bank debits to pay her personal

expenses.

All in violation of Title 29, United States Code, Section 501(c)

**BARBARA L. McQUADE**
United States Attorney

**ROSS MACKENZIE**
Assistant United States Attorney
Chief, Complex Crimes Unit

**GRAHAM L. TEALL**
Assistant United States Attorney

Dated: April 26, 2011

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover ! | INFO:2:11-cr-20255<br>Judge: Cleland, Robert H.<br>MJ: Randon, Mark A.<br>Filed: 04-26-2011 At 01:18 PM<br>USA V. PATRICIA PEOPLES (NH) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008  [ ]

| **Companion Case Information** | **Companion Case Number:** 11-cr-20108 |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** Duggan |
| X☐ Yes     ☐ No | **AUSA's Initials:** GLT |

Case Title: USA v.  Patricia Peoples

County where offense occurred : Wayne

Check One:     X☐ Felony     ☐ Misdemeanor     ☐ Petty

____Indictment/__X__Information --- **no** prior complaint.
____Indictment____Information --- based upon prior complaint
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

Superseding to Case No: _____    Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Attorney is the attorney of record for the above captioned case.

April 26, 2011
Date

/s/ Graham L. Teall
Graham L. Teall
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI  48226
telephone:(313) 226-9118
facsimile: (313) 226-2873
e-mail:    Graham.teall@usdoj.gov

Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09